# IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 DECEMBER 2016

| | | | |
|---|---|---|---|
| 374P13-7 | State v. Marvin Wade Millsaps | 1. Def's *Pro Se* Motion for Notice of Appeal (COAP16-531; COAP16-774) | 1. Dismissed |
| | | 2. Def's *Pro Se* Petition for *Writ of Mandamus* | 2. Dismissed<br><br>**Ervin, J., recused** |
| 374A16 | Tatita M. Sanchez v. Cobblestone Homeowners Association of Clayton, Inc., a North Carolina non-profit corporation | 1. Def's Notice of Appeal Based Upon a Dissent (COA15-1281)<br><br>2. Def's Motion to Consolidate Appeals | 1. —<br>**10/13/2016**<br><br>2. Allowed<br>**10/13/2016** |
| 375A16 | Frank Christopher v. Cobblestone Homeowners Association of Clayton, Inc., a North Carolina non-profit corporation | 1. Def's Notice of Appeal Based Upon a Dissent (COA15-1282)<br><br>2. Def's Motion to Consolidate Appeals | 1. —<br>**10/13/2016**<br><br>2. Allowed<br>**10/13/2016** |
| 376P02-6 | State v. Robert Wayne Stanley | 1. State's Motion for Temporary Stay (COA16-436)<br><br>2. State's Petition for *Writ of Supersedeas* | 1. Allowed<br>**11/17/2016**<br><br>2.<br><br>**Ervin, J., recused** |
| 376A16 | Vincent Franks, Jr. v. Cobblestone Homeowners Association of Clayton, Inc., a North Carolina non-profit corporation | 1. Def's Notice of Appeal Based Upon a Dissent (COA15-1303)<br><br>2. Def's Motion to Consolidate Appeals | 1. —<br>**10/13/2016**<br><br>2. Allowed<br>**10/13/2016** |
| 377A16 | Robert Sain and Jennifer Sain v. Cobblestone Homeowners Association of Clayton, Inc., a North Carolina non-profit corporation | 1. Def's Notice of Appeal Based Upon a Dissent (COA15-1302)<br><br>2. Def's Motion to Consolidate Appeals | 1. —<br>**10/13/2016**<br><br>2. Allowed<br>**10/13/2016** |